*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE NORTHERN DISTRICT OF TEXAS*

IN RE:                                             §
                                                   §
ROOFTOP GROUP USA, INC.,           §          CASE NO. 19-44235-MXM-7
                                                   §
DEBTOR                                        §

## CHAPTER 7 §341 PROCEEDING MEMORANDUM

Pursuant to 11 U.S.C. §341 a meeting of creditors was called <u>09/25/2019</u> by the interim Chapter 7 Trustee.  The meeting was held in:  ☐ ABILENE, ☐ AMARILLO, ☒ **DALLAS**, ☐ FORT WORTH, ☐ LUBBOCK, ☐ SAN ANGELO, ☐ WICHITA FALLS, TEXAS.  At this meeting:

**X**   Debtor's Representative appeared.           **X**   Debtor's attorney appeared.
_____ Debtor(s) did **NOT** appear.                 _____ Debtor(s) appeared pro se.
_____ Debtor's spouse did not appear.               _____ Debtor(s) attorney did not appear.

_____ No creditors appeared.
_____ The following creditors or their representatives appeared.

**X**   The Debtor was examined.
_____ The Debtor(s) was not examined because _____.

**X**   The meeting was concluded on 9/25/2019.
_____ The meeting was continued to _____, 20___ at _____ o'clock.

**THE TRUSTEE BELIEVES THAT THIS CASE IS AN ASSET CASE.  PROOF OF CLAIMS BAR DATE IS JANUARY 13, 2020.**

Dated: 1/22/2020                                    /s/ Daniel J. Sherman
                                                    Interim Chapter 7 Trustee

Revised  4/01